**Petition for Writ of Mandamus Denied and Opinion filed August 13, 2020.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-20-00475-CV**

**IN RE FAF HOLDING COMPANY, L.L.C.; IKA GROUP, L.L.C.; NAFS GROUP LOGIC L.L.C.; AND PEARL HOTEL GROUP, L.L.C., Relators**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-256411**

## MEMORANDUM OPINION

On July 2, 2020, relators FAF Holding Company, L.L.C.; IKA Group, L.L.C.; NAFS Group Logic L.L.C.; and Pearl Hotel Group, L.L.C., filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Frank J. Fraley, presiding judge of the 240th District Court of Fort Bend County, to

modify his June 18, 2020 order of abatement and vacate his implied ruling denying relators' request for severance.

To be entitled to a writ of mandamus, a relator must show that the trial court clearly abused its discretion, and that it lacks an adequate remedy by appeal. *In re Dawson*, 550 S.W.3d 625, 628 (Tex. 2018) (original proceeding) (per curiam). Relators contend they have no adequate remedy by appeal because the trial court failed to sever certain claims. However, the record before this court contains no ruling on a request for severance. Relators do not contend the trial court has refused to rule and do not ask this court to compel the trial court to rule on a request for severance. We therefore conclude relators have not demonstrated the trial court's order of abatement deprives them of an adequate remedy by appeal. The petition is denied.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain.